≈JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
FRANK COHN

**DEFENDANTS**
RITZ TRANSPORTATION, AWG AMBASSADOR LLC, ALAN WAXLER, RAYMOND CHENOWETH

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)
LEON GREENBERG, 2965 S. JONES STE E-4, LV, NV 89146 (702-383-6085)

Attorneys (If Known)  NORMAN H. KIRSHMAN
700 S. THIRD ST, LV, NV 89101
(702-382-5210)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff
☒ 3   Federal Question (U.S. Government Not a Party)
☐ 2   U.S. Government Defendant
☐ 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C § 1441 + 1446
Brief description of cause:
FLSA

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE   11-15-11
SIGNATURE OF ATTORNEY OF RECORD   Norman H. Kirshman

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

1  NORMAN H. KIRSHMAN
2  NORMAN H. KIRSHMAN, P.C.
   Nevada Bar Number: 2733
3  kirshmanlaw@yahoo.com
   700 South Third Street
4  Las Vegas, NV 89101
   Telephone: (702) 382-5210
5  Facsimile: (702) 366-0424
6  Attorney for *Defendants*

7

8              **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10

| | |
|---|---|
| 11  FRANK COHN, individually and on behalf of a class of all similarly situated persons, | CASE NO.:   2:11-cv-1832 |
| 12 | |
| 13            Plaintiff, | **NOTICE OF REMOVAL OF ACTION** |
|     v. | |
| 14 | |
| 15  RITZ TRANSPORTATION, INC., AWG AMBASSADOR, LLC, ALAN WAXLER, and RAYMOND CHENOWETH | |
| 16 | |
| 17            Defendants. | |

18

19

20   In accordance with 28 U.S.C. §§ 1441 and 1446, Defendants RITZ TRANSPORTATION,

21  INC. ("Ritz"), AWG AMBASSADOR, LLC ("AWG"), ALAN WAXLER ("Waxler") and

22  RAYMOND CHENOWETH ("Chenoweth") by and through its counsel, Norman H. Kirshman, files

23  this Notice of Removal for the purpose and intent of removing the action entitled"Frank Cohn,

24  Individually and on behalf of a class of all similarly situated persons, Plaintiff, v. Ritz

25  Transportation, Inc., et al., Defendants," filed in the Eighth Judicial District Court for Clark County,

26  Nevada ("State Court"), assigned Case No. A-11-650569-C and pending in Department III, to the

27

28  United States District Court, District of Nevada on the following grounds:

1. The removing parties are the Defendants in the above-styled action.

2. On or about October 26, 2011, Plaintiff filed this action in the Eighth Judicial District Court for Clark County, Nevada. Plaintiff served AWG with the Complaint on or about November 10, 2011. A copy of all pleadings and papers served and filed in the aforementioned state court action is attached to this Notice of Removal as Exhibit A.

3. Plaintiff's Complaint alleges violations of Nevada's wage and hour laws and alleges that Defendants "willfully failed to make said overtime payments" pursuant to the applicable provisions of the FLSA, 29 U.S.C. §§ 216(b), 206 and 207.

4. This Court has Federal Question jurisdiction over the action pursuant to 28 U.S.C. §1331, which provides as follows:

> The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

5. Plaintiff's action arises under the laws of the United States, namely the Federal Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* Additionally, the Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. §1367. Thus, removal is proper, as the case is within the Court's original jurisdiction.

6. This cause became removable on or about November 10, 2011 when Defendants were served with the Complaint. Thirty days have not yet expired since the action which forms the subject matter thereof became removable to this Court. Defendants have not filed any pleadings in this matter, or taken any action whatsoever since the cause herein became removable, except to file this Notice of Removal.

7. Venue is proper in the District of Nevada in that the State Court action is pending within the jurisdictional confines of this District.

//

- 2 -

WHEREFORE, Defendants request that further proceedings in the Eighth Judicial District Court for Clark County, Nevada, in Case No. A-11-650569-C, Dept. III be discontinued, and that this action be removed to the United States District Court for the District of Nevada.

DATED: November 15, 2011  Respectfully submitted,

//s//  Norman H. Kirshman //s//
Norman H. Kirshman, 2733
700 South Third Street
Las Vegas, NV 89101
*Attorney for Defendants*

- 3 -