UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| FRANK COHN, etc., | ) | |
| Plaintiff, | ) | 2:11-cv-1832-JCM-RJJ |
| vs. | ) | |
| RITZ TRANSPORTATION, INC., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter was referred to the undersigned Magistrate Judge on a Notice to Withdraw as Counsel (#62) filed by Defendant's counsel.

The Court having reviewed the Motion (#62) and good cause appearing therefore,

IT IS HEREBY ORDERED that a status conference and a hearing on the Notice to Withdraw as Counsel (#62) filed by Defendant's counsel, is scheduled for August 21, 2012, at 2:30 PM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that individual defendants must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

IT IS FURTHER ORDERED that representatives for any and all corporate defendants are also required to be present in court for this hearing. There is NO EXCEPTION to this requirement.  Failure to appear may result in an order to show cause being issued by the court.

1       IT IS FURTHER ORDERED that Defendants' counsel shall personally serve, or serve by
2 certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this
3 Order on all Defendants. Proof of compliance with this service requirement must be filed with
4 the court prior to the scheduled hearing. There is NO EXCEPTION to the service requirement.
5       DATED this __7th__ day of August, 2012.

                                                        ROBERT J. JOHNSTON
                                                        United States Magistrate Judge