**EXHIBIT LIST**

Case No. 2:11-cv-1832JCM-RJJ                                    Page 1 of 1

Frank Cohn _____ vs. Ritz Transportation Inc. et al

Exhibits on behalf of _Defense_____

| DATE ADMITTED | DATE MARKED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 7/5/12 | 7/5/12 | 1 | | Payroll slip |
| | | | | |
| | | | | FILED        RECEIVED<br>ENTERED        SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>JUL - 5 2012<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY:_____DEPUTY |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |