GORDON SILVER
MOLLY M. REZAC, ESQ.
NEVADA BAR NO. 7435
EMAIL: MREZAC@GORDONSILVER.COM
JOEL Z. SCHWARZ, ESQ.
NEVADA BAR NO. 9181
EMAIL: JZS@GORDONSILVER.COM
100 W. LIBERTY STREET, SUITE 940
RENO, NV 89501
TEL: (775) 343-7500
FAX: (775) 786-0131

ATTORNEYS FOR DEFENDANT RITZ TRANSPORTATION, INC.,
AWG AMBASSADOR, LLC, ALAN WAXLER
AND RAYMOND CHENOWETH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK COHN, Individually and on behalf of a class of all similarly situated persons.<br><br>Plaintiffs,<br><br>v.<br><br>RITZ TRANSPORTATION, INC., AWG AMBASSADOR, LLC., ALAN WAXLER, and RAYMOND CHENOWETH,<br><br>Defendants. | CASE NO. 2:11-CV-01832-JCM-RJJ |

**JOINT STATUS REPORT**

In preparation of the status conference set for December 10, 2012, the parties hereby submit the following status report:

On October 4, 2012, this Court held a hearing regarding the parties Joint Motion to Extend Discovery Deadlines. At that hearing, the parties advised the Court of the multiple issues affecting discovery in this case. First, the payroll documentation in this matter is complicated due to a merger and the location of payroll documents. Second, counsel for plaintiffs experienced medical issues requiring emergency surgery and extensive recovery time. At the

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

1 of 5

hearing in September, the parties informed the court of these issues and discussed the additional discovery that needed to occur, together with the possibility of entering into settlement negotiations. The Court entered its order denying the motion to extend discovery without prejudice in order to allow the parties to gain an accurate understanding of the potential class damages at issue and possible settlement.

It has been discovered that payroll documentation needs further evaluation due to the fact that the reports that can be generated do not include all hours per day and per workweek as will be required for the parties to evaluate the possible class damages. The parties are working together to attempt to gather the information. In addition, defendants now believe that the "notice" list that was provided to plaintiffs may have not properly reflected the parameters of any potential Rule 23 class. That list contained names of individuals that were not shuttle drivers, and therefore, in defendants' view, would not be part of the Rule 23 class alleged to be at issue in this case. As a result of these discoveries, evaluation of the potential class damages is still on-going.

Prior to the discovery deadlines, Plaintiffs had noticed the deposition of Alan Waxler and had requested dates for the deposition of Ray Chenoweth. Unfortunately, Mr. Waxler's deposition had to be vacated due to Plaintiffs' counsel, Mr. Gabroy's medical emergency. In addition, as represented to this Court in the status hearing, Plaintiffs counsel's team intend to have Mr. Gabroy take those depositions. After the hearing, counsel agreed that the time and resources of the parties should be spent on evaluation of the scope of the potential class damages in this case and possible settlement discussions rather than the time and expense of depositions. Therefore, the depositions of Mr. Waxler and Mr. Chenoweth were not reset.

The parties hereby request that the court enter an order granting the parties 60 days to pursue settlement and file a further status report upon the conclusion of such 60 day period. In

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

2 of 5

such status report the parties will advise (1) Whether they are in a position to discuss settlement, meaning they have sufficient information on the potential class damages; (2) And if they have such sufficient information and have not been successful in settling the case whether they will proceed to engage an independent mediator to assist in settlement or wish to have the Court set a settlement conference in this matter, the parties making a commitment to engage in one of those activities. In the event that settlement is still unsuccessful after such mediation efforts or settlement conference, the parties will request that a new discovery schedule be set to conduct additional depositions, including the depositions of Mr. Waxler and Mr. Chenoweth, and any remaining discovery and potentially dispositive motions

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

1  DATED this 6th day of December, 2012.          DATED this 6th day of December, 2012.
2  GORDON SILVER

3

4  By: /s/ Molly Rezac                             By: /s/ Leon Greenberg
   Gordon Silver                                    LEON GREENBERG, ESQ.
5  MOLLY M. REZAC, ESQ.                             Nevada Bar No. 8094
   Nevada Bar No. 7435                              LEON GREENBERG P.C.
6  Email: mrezac@gordonsilver.com                   Email: leongreenberg@overtimelaw.com
   JOEL Z. SCHWARZ, ESQ.                            DANA SNIEGOCKI, ISQ.
7  Nevada Bar No. 9181                              Nevada Bar No. 11715
   Email: JZS@gordonsilver.com                      Email: dana@overtimelaw.com
8  100 West Liberty St.                             2965 South Jones Blvd. Suite E4
   Suite 940                                        Las Vegas, NV 89146
9  Reno, NV 89501

10 *Attorneys for Defendant Ritz Transportation, Inc.,*
11 *AWG Ambassador, LLC, Alan Waxler*               CHRISTIAN GABROY, ESQ.
   *And Raymond Chenoweth*                          Nevada Bar No. 8805
12                                                  GABROY LAW OFFICES
                                                    Email: Christian@gabroy.com
13                                                  The District at Green Valley Ranch
                                                    170 S. Green Valley Pkwy, Ste 280
14                                                  Henderson, NV 89102

15                                                  *Attorneys for Plaintiff Frank Cohn*

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

4 of 5

## CERTIFICATE OF SERVICE

I certify that I am an employee of GORDON SILVER, and that on this date, pursuant to FRCP 5(b), I am serving the attached copy of a **STATUS REPORT** on the party set forth below by:

    __X__    Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail at Reno, Nevada, postage prepaid, following ordinary business practices

    _____    Certified Mail, Return Receipt Requested

    _____    Via Facsimile (Fax)

    _____    Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand-Delivered

    _____    Federal Express (or other overnight delivery)

    _____    E-service effected by CM/ECF

addressed as follows:

Leon Greenberg, Esq.
Dana Sniegocki, Esq.
Leon Greenberg Professional Corporation
2965 South Jones Boulevard, Suite E-4
Las Vegas, NV 89146
*Attorney for Plaintiff*

Christian Gabroy, Esq.
Gabroy Law Offices
The District at Green Valley Ranch
170 S. Green Valley Pkwy, Suite 280
Henderson, NV 89012
*Attorney for Plaintiff*

DATED this __6__ day of December, 2012.

                                      /s/ Michelle Walsh
                              An employee of GORDON SILVER

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500