Leon Greenberg, SBN 8094
Dana Sniegocki, SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard, Ste. E-4
Las Vegas, Nevada 89146
Tel (702)383-6085
Fax (702)385-1827

Christian Gabroy, SBN 8805
Gabroy Law Offices
The District at Green Valley Ranch
170 S. Green Valley Pkwy, Ste 280
Henderson, NV 89012
Tel (702)259-7777
Fax (702)259-7704
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK COHN, Individually and on behalf of a class of all similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>RITZ TRANSPORTATION, INC., AWG AMBASSADOR, LLC, ALAN WAXLER, and RAYMOND CHENOWETH,<br><br>    Defendants. | Case No.: 2:11-CV-1832-JCM-NJK<br><br>**STIPULATION AND ORDER TO STAY ALL PROCEEDINGS** |

  Plaintiff, FRANK COHN, and defendants, RITZ TRANSPORTATION, INC., AWG AMBASSADOR, LLC, ALAN WAXLER, and RAYMOND CHENOWETH, through their respective counsel, hereby submit this stipulation and request a stay of all proceedings in this matter until May 1, 2013.  Such stipulation is based upon the following:

  1. Over the course of the last several months, the parties have engaged in a thorough exchange of relevant information.

  2. Such exchange of information have led the parties to this point in which they believe they can now engage in meaningful settlement discussions.

  3. The parties are optimistic that such settlement discussions will prove to be

1

1. successful.

4. In light of the foregoing, the parties request the Court stay all proceedings in this matter until **May 1, 2013**.  This constitutes a 61 day stay and the parties believe such time is warranted to formulate a full resolution of all claims in this case.

6. This is the parties' first request for a stay, is made in good faith, and not made for the purpose of delay.

Submitted this 5th day of March, 2013 by:

| | |
|---|---|
| DANA SNIEGOCKI<br>Leon Greenberg Professional Corporation<br><br>By: /s/ *Dana Sniegocki*<br>Dana Sniegocki, Esq.<br>Nevada Bar No.: 11715<br>2965 South Jones Blvd- Ste. E4<br>Las Vegas, NV 89146<br>Telephone (702) 383-6085 | MOLLY M. REZAC<br>Gordon Silver<br><br>By: /s/ *Molly M. Rezac*<br>Molly M. Rezac, Esq.<br>Nevada Bar No.: 7435<br>100 W. Liberty St.<br>Suite 940<br>Reno, NV 89501<br>Tel (775) 343-7500 |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT/
MAGISTRATE JUDGE

March 6, 2013
_____
DATED

2