GORDON SILVER
MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
Email: mrezac@gordonsilver.com
JOEL Z. SCHWARZ, ESQ.
Nevada Bar No. 9181
Email: jschwarz@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131

*Attorneys for Defendant Ritz Transportation, Inc.,
AWGAmbassador, LLC, Alan Waxler
And Raymond Chenoweth*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK COHN, Individually and on behalf on a class of all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>RITZ TRANSPORTATION, INC., AWG AMBASSADOR, LLC, ALAN WAXLER, and RAYMOND CHENOWETH,<br><br>Defendants. | Case No.: 2:11-CV-1832-JCM-RJJ<br><br>**STIPULATION AND ORDER FOR STAY ALL PROCEEDINGS**<br>**(Second Request)** |

Plaintiff, Frank Cohn, and defendants, Ritz Transportation, Inc., AWG Ambassador, LLC, Alan Waxler, and Raymond Chenoweth, through their respective counsel, hereby submit this stipulation and request to stay all proceedings in this matter until July 1, 2013. Such stipulation is based upon the following:

1. The parties have engaged in a thorough exchange of relevant information.

2. Such exchange of information led the parties to a point in which they believe they could engage in meaningful settlement discussions, and have done so.

3. This Court entered its Order on or about March 6, 2013 staying these proceedings to allow the parties to engage in settlement discussions.

Gordon Silver
Attorneys At Law
100 W. Liberty Street
Suite 940
Reno, NV 89501
(775) 343-7500

102874-006/Stipulation to Further Stay Proceedings

1 of 2

4. During the stay, Plaintiffs analyzed all relevant payroll data and have provided such analysis along with a demand to defendants.

5. Defendants are in the process of evaluating Plaintiffs payroll analysis and demand in order to develop a counter offer to such demand.

6. The parties wish to continue these settlement discussions and are optimistic that such discussions will prove to be successful.

7. In light of the foregoing, the parties request the Court stay all proceedings in this matter until July 1, 2013. This is a 60 day stay and the parties believe that such time is warranted to formulate a full resolution of all claims in this case.

8. This is the parties' second request for a stay, is made in good faith, and not made for purposes of delay.

Submitted this 1st day of May, 2013.

By: /s/ Leon Greenberg
Leon Greenberg, ESQ.
Nevada Bar No. 8094
2965 South Jones Blvd. Ste. E4
Las Vegas, NV 89146
Tel: (702) 383-6085

*Attorney for Plaintiffs Frank Cohn, et al*

GORDON SILVER
By: /s/ Molly M. Rezac
MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
100 W. Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500

*Attorney for Defendant Ritz Transportation, Inc., AWG Ambassador, LLC, Alan Waxler And Raymond Chenoweth*

**IT IS SO ORDERED:**

Dated May 2, 2013

_____
UNITED STATES DISTRICT/
MAGISTRATE JUDGE