# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK COHN, et al., | ) |
| Plaintiffs, | ) Case No. 2:11-cv-1832-JCM-NJK |
| vs. | ) ORDER DENYING STIPULATION TO EXTEND |
| RITZ TRANSPORTATION, INC., et al., | ) |
| Defendants. | ) (Docket No. 114) |

Pending before the Court is a stipulation to extend the deadline to file a response to Defendants' Motion to Compel Discovery. Docket No. 114. Stipulations to extend Court deadlines are not effective absent Court approval. *See* Local Rule 7-1(b). A showing of "good cause" is required for requests to extend deadlines. *See* Fed. R. Civ. P. 6(b)(1). The pending stipulation provides no reason whatsoever for the extension requested. Accordingly, it is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: December 27, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge