UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK COHN, individually and on behalf of a class of all similarly situated persons | ) ) ) |
| Plaintiff, | ) ) Case No. 2:11-cv-1832-JCM-NJK |
| vs. | ) ) ORDER |
| RITZ TRANSPORTATION, INC., AWG AMBASSADOR, LLC, ALAN WAXLER and RAYMOND CHENOWETH, | ) ) ) ) ) |
| Defendant(s). | ) ) |

    Pending before the Court is Plaintiff's Motion for an Order Directing a Settlement Conference and Staying These Proceedings. Docket No. 126. The Court has considered Plaintiff's Motion (Docket No. 126), Defendants' Response (Docket No. 129), and Plaintiff's Reply (Docket No. 130). The Court finds this motion appropriately resolved without oral argument. *See* Local Rule 78-2.

    Plaintiff asks the Court to exercise its discretion to direct the parties to attend a settlement conference, pursuant to Local Rule 16-5.[1] *See* Docket No. 126, at 6. Defendants do not dispute that the Court has discretion to order the parties to attend a settlement conference. *See* Docket No. 129, at 3.

//

---

[1] Local Rule 16-5 states: "The Court may, in its discretion and at any time, set any appropriate civil case for settlement conference, summary jury trial, or other alternative method of dispute resolution."

Defendants maintain, however, that "a settlement conference in this case would be premature given that discovery has not yet been completed." *Id.* Defendants also proffer that the parties' settlement positions are currently too far apart for a fruitful settlement conference. *Id.*, at 3.

Plaintiff offers no legal authority in support of its position that the Court should order Defendants to attend a settlement conference against their will. *See, e.g.*, Docket Nos. 126, 130. The Court cannot force the parties to enter into a settlement agreement, and Defendants have informed the Court that a settlement is not likely at this time. Accordingly, the Court finds no utility in directing the parties to attend a settlement conference where the likelihood of reaching a settlement agreement is *de minimis*.

For the reasons discussed above, Plaintiff's Motion for an Order directing a Settlement Conference and Staying These Proceedings is hereby **DENIED**.

IT IS SO ORDERED.

DATED: April 18, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge