UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| FRANK COHN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-01832-JCM-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| RITZ TRANSPORTATION, INC., et al., | ) | **ORDER RE: MOTION TO WITHDRAW** |
| | ) | |
| | ) | |
| Defendants. | ) | (Docket No. 158) |
| _____ | ) | |

Pending before the Court is Plaintiffs' attorney's motion to withdraw. Docket No. 158. Any response shall be filed no later than November 24, 2014. The Court hereby **SETS** a hearing for December 1, 2014, at 2:00 p.m. in Courtroom 3A. Plaintiffs and Plaintiffs' counsel shall attend the hearing. Any new counsel retained by Plaintiffs shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than November 7, 2014, Plaintiffs' current counsel of record shall serve Plaintiffs with this order that they appear and shall file a proof of service.

IT IS SO ORDERED.

DATED: November 4, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge