RICK D. ROSKELLEY, ESQ., Bar # 3192
ROGER L. GRANDGENETT II, ESQ., Bar # 6323
MONTGOMERY Y. PAEK, ESQ., Bar #10176
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendants
RITZ TRANSPORTATION, INC., AWG AMBASSADOR, LLC,
ALAN WAXLER and RAYMOND CHENOWETH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK COHN, individually and on behalf of a class of all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>RITZ TRANSPORTATION, INC., AWG AMBASSADOR, LLC, ALAN WAXLER and RAYMOND CHENOWETH,<br><br>Defendants. | CASE NO. 2:11-CV-1832-JCM-NJK<br><br>**JOINT MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS AND FOR DISMISSAL WITH PREJUDICE** |

Plaintiff FRANK COHN ( "Named Plaintiff"), on behalf of himself and opt in Plaintiffs NICOLE ANTHONY, RANDALL BORCHERS, ROSS BRADY, DWIGHT CANYON, DAVID DANIELS, JAMES DUERR, FRANK FERRINO, LIONEL FORSTALL, DAVID LANDSDOWNE, KEVIN NASH, ARTHUR PARKER, GRACIELA PEREZ, NIKOLA RADEV, WILLIAM SIMMONS, SHAWN THOMPSON, DANNY UMLAND, JAMES WILSON, RAYMOND WRIGHT, GARY CHAVEZ, ORLANDO GREEN, ROBERTO MAGLAYA JR., PETER MILLER, LEIDOLF SYSTAD(collectively "Opt-in Plaintiffs") (Named Plaintiff and Opt-in Plaintiffs shall be referred to collectively as "Plaintiffs") and Defendants RITZ TRANSPORTATION, INC., AWG AMBASSADOR, LLC, ALAN WAXLER and RAYMOND CHENOWETH ("Defendants") (Plaintiffs and Defendants shall be referred to collectively as the

LITTLER MENDELSON
P C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702 862 8800

"Parties"), by their undersigned counsel, respectfully move this Court for review and approval of the Parties' "Confidential Settlement Agreement and Release of All Claims" and, if approved by this Court, for a dismissal with prejudice of this lawsuit Plaintiffs. As grounds for this Joint Motion, the Parties show the Court as follows:

1. Plaintiff Cohn filed the above-captioned lawsuit in the Eighth Judicial District Court in Clark County, Nevada on October 26, 2011, claiming Defendants did not pay Plaintiff Cohn and other "similarly situated persons," overtime wages in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 206-207 (hereinafter "FLSA"), the Nevada Revised Statutes (hereinafter "NRS") and common law claims. (See generally Doc. No. 1 at Exhibit "A"). In addition, Plaintiff Cohn sought relief on behalf of himself and a collective of other "similarly situated persons" pursuant to 29 U.S.C. § 216. (Id. at ¶ 20). Defendants subsequently removed the case to the United States District Court for the District of Nevada on November 15, 2011, Case No. 2:11-cv-01832-JCM-NJK. (Doc. No. 1).

2. Plaintiff filed a Supplemental Complaint on April 19, 2012. (Doc. No. 43). The Supplemental Complaint alleged claims for: (1) unpaid overtime under the FLSA; (2) unpaid overtime under NRS § 608.018; (3) waiting-time penalties under NRS §§ 608.020, 608.030, and 608.040; (4) breach of contract as third party contract beneficiaries; (5) wrongful interference with prospective economic advantage; (6) conversion, and (7) retaliation under the FLSA. (Id.). Plaintiffs' Fourth, Fifth, and Sixth causes of action were voluntarily dismissed on January 10, 2014. (Doc. No. 121).

3. Defendants timely filed their Answer to Plaintiffs' Complaint on November 28, 2011 and its Answer to First Supplemental Complaint on May 3, 2012, denying that they did not fully pay Plaintiff Cohn or other "similarly situated persons" all overtime wages in violation of the FLSA, denying that it violated any provisions of the NRS, denying that it was liable for any common law claims and denying that the action was appropriately maintained as a class or collective action. (See Doc. Nos. 4 and 47).

4. Plaintiff Cohn sought to pursue his FLSA causes of action as a collective action on behalf of himself and a class of current and former workers employed by Defendants Ritz

2.

1  Transportation, Inc., AWG Ambassador, LLC, Alan Waxler and Raymond Chenoweth. Plaintiffs' motion seeking conditional certification of the FLSA collective action for notice purposes was granted by the court. (Doc. No. 19).

5.  After settlement discussions, the Parties have now reached an agreement to resolve this action.

6.  Based upon the understandings and assessments of each party, the Parties, acting at arm's length and in good faith and with the advice of counsel, have negotiated and entered into a "Confidential Settlement Agreement and Release of All Claims" ("Settlement Agreement") which they believe represents a fair and reasonable settlement of Plaintiffs' action.

7.  Pursuant to Lynn's Food Stores, Inc. v. United States of Am., 679 F.2d 1350, 1353 (11th Cir. 1982), the Parties have agreed to bring this Joint Motion for judicial approval to give effect to Plaintiffs' release of their FLSA claims, which is material to the Settlement Agreement. (See also Orquiza v. Walldesign, Inc., 2014 U.S. Dist. LEXIS 127393, 5-6 (D. Nev. Sept. 10, 2014)).

8.  The Parties have submitted a Proposed Order granting their Joint Motion and approving the Settlement Agreement. (See "Proposed Order Approving Settlement Agreement," attached as **Exhibit "1"**).

9.  The Parties have also submitted a copy of the Settlement Agreement for this Court's review and approval, which is attached to this Joint Motion as **Exhibit "2." The Parties have also agreed that such Settlement Agreement shall be modified in the following manner:**

(A) David Daniels, William Simmons, Shawn Thompson and Gary Chavez (hereinafter the "Non-Participating Plaintiffs") are not included as "Opt In Plaintiffs" and are not subject to the Settlement Agreement or attached Proposed Order Regarding Stipulation of Dismissal with Prejudice as Plaintiffs' counsel has been unable to contact these individuals regarding the settlement of the above-captioned lawsuit. With regards to these four Non-Participating Plaintiffs, Plaintiffs' counsel shall bring a Motion to Withdraw as counsel of record for the Non-Participating Plaintiffs within 7 days of the filing of this Joint Motion for Approval of Confidential Settlement Agreement and Release of All Claims and for Dismissal with Prejudice. Upon the filing of this Motion to

LITTLER MENDELSON
P C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.

1 Withdraw, Defendants anticipate bringing a Motion or Countermotion to dismiss these Non-Participating Plaintiffs for their failure to participate and prosecute their claims in the above-captioned lawsuit so that the Court may issue a separate Order for dismissal of these Non-Participating Plaintiffs.

(B) In each place in the agreement where the number 37,311 appears the number 31,067 shall be substituted.

10. The Parties further request that the Court retain jurisdiction over this matter and incorporate by reference the Settlement Agreement into its Order granting this Motion.

11. Provided the Court approves the Settlement Agreement, the Parties also stipulate to and request that the Court enter a Stipulation of Dismissal dismissing this lawsuit with prejudice. (See "Proposed Order Regarding Stipulation of Dismissal and Dismissing Lawsuit with Prejudice," attached as **Exhibit "3"**).

WHEREFORE, the Parties respectfully request that this Court review and approve the Confidential Settlement Agreement and General Release, and dismiss this lawsuit with prejudice.

Dated: October 31, 2014

Respectfully submitted,


/s/ Leon Greenberg, Esq.
LEON GREENBERG, ESQ.
DANA SNIEGOCKI, ESQ.
LEON GREENBERG PROFESSIONAL CORP.

Attorneys for Plaintiffs

Dated: October 31, 2014

Respectfully submitted,


/s/ Montgomery Y. Paek, Esq.
RICK D. ROSKELLEY, ESQ.
ROGER L. GRANDGENETT, ESQ.
MONTGOMERY Y. PAEK, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated November 24, 2014.

UNITED STATES DISTRICT COURT JUDGE

Firmwide:129884364.1 078397.1001

LITTLER MENDELSON P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4.